

# NUMBER 13-14-00160-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **DARRYLL DUANE TAYLOR,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

### On appeal from the 28th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Darryll Duane Taylor, proceeding pro se, filed a notice of out of time appeal seeking to challenge an order denying a post-conviction writ of habeas corpus. On March 13, 2014, the Clerk of this Court notified appellant that it appeared that the order from which the appeal was taken was not an appealable order, and requested

correction of this defect within ten days or the appeal would be dismissed. Appellant has failed to respond to the Court's directive.

Jurisdiction to grant post-conviction habeas corpus relief in felony cases rests exclusively with the Texas Court of Criminal Appeals. TEX. CODE CRIM. PROC. ANN. art. 11.07, § 5 (Vernon Supp. 2011); *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *In re McAfee*, 53 S.W.3d 715, 717–18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). Therefore, we are without jurisdiction to grant the requested relief.

The appeal is DISMISSED for want of jurisdiction.


PER CURIAM


Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
15th day of May, 2014.

2